| | | |
|---|---|---|
| 20080 | State v. Manijo | Affirmed |

## June 16, 1997

| | | |
|---|---|---|
| 19051 | Citizens for Protection of the North Kohala Coastline by Withington v. Hawaii County Planning Com'n by Manalili | Affirmed |
| 19139 | Kobatake v. Seto–Mook | Affirmed |